UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 15008
   MAURICIO A AYALA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-2440
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/15/06 and confirmed on 04/06/07.

   2.  The case was dismissed after confirmation, 12/14/2007.

   3.  The Debtor paid a total of $   1770.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| US BANK NA | SECURED | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | 1179.99 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 2209.00 | .00 | 347.77 |
| FOUR LAKES CONDO ASSOC | SECURED | 3888.00 | .00 | 612.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 594.72 | .00 | .00 |
| HE STARK AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | SECURED | 1263.74 | .00 | 198.94 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 1034.92 | .00 | .00 |

       Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8540.73 | .00 | 1629.64 | .00 | 10170.37 |
| PRINCIPAL PAID | 1158.83 | .00 | .00 | .00 | 1158.83 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1158.83 | .00 | .00 | .00 | 1158.83 |

The Debtor's attorney, DAVID M SIEGEL            , was allowed $   3000.00
and was paid $    376.00   direct and $    554.83   through the plan.

The Trustee received $     56.34 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/10/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
        CASE NO. 06 B 15008 MAURICIO A AYALA
```